VERONICA TUOHY v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

FRANCIS L. BOYLE v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

FRANCES CLOUD v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

WILLIAM FLAHERTY v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

GEORGE HILLIARD v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

JOHN C. DECKER v. FRANCES DECKER.

January 14, 1975. Petition for certification denied.